# EXHIBIT 1

# DECLARATION OF SERVICE

UNITED STATES DISTRICT COURT - ARIZONA

CASE NO:          2:25-CV-02453-DWL

COURT DATE:

STATE OF ARIZONA

COURT TIME:

County of MARICOPA

---

PLAINTIFF:
FIRST-CITIZEN BANK & TRUST COMPANY

DEFENDANTS:
JILL HEARD

---

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court; I received and served the following documents in the manner described below:

DOCUMENT TYPE:        **SKIP TRACE REGARDING JILL HEARD**
PERSON(S) SERVED:      NA
PLACE OF SERVICE:      SKIP TRACE

By delivering 0 SET(S) true copies to: SKIP TRACE ONLY,

Notes: JILL FOWLER HEARD IS REPORTING A CURRENT ADDRESS OF 3738 E GLENROSA AVE, PHOENIX, AZ 85018.  THIS ADDRESS IS REPORTING GOOD FROM 12/2016 TO 10/28/2025.
HER PREVIOUS ADDRESS, REPORTED GOOD FROM 09/2008 TO 05/01/2027, WAS 30402 N 42ND PL, CAVE CREEK, AZ 85331.
HER PREVIOUS ADDRESS, REPORTED GOOD FROM 10/2011 TO 01/05/2017 WAS 3732 W GHOST FLOWER CT, PHOENIX, AZ 85086.
POSSIBLE PHONE NUMBERS: 480-221-0001/MOBILE; 480-221-7669/MOBILE; 480-860-6754/LANDLINE.
POSSIBLE EMAIL ADDRESSES:  JILL.HEARD.AZ@GMAIL.COM; JILL.HEARD4@GMAIL.COM.

FILE #:                264246
REF #:                2025018234 pd 10/14
DATE OF SERVICE:     10/28/2025
TIME OF SERVICE:     11:00 AM
NEXT STEP:         No Further Action

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 28th day of October, 2025

FEES:    $65.00    Service Fee
         $65.00    Total

**DECLARANT'S SIGNATURE**
**Tom Zollars**
Process server licensed in Maricopa County MC-5104

SUPERIOR PROCESS SERVICES, INC.
1801 S Jentilly Ln, Suite C4
Tempe, AZ 85251
(480) 429-6886