# EXHIBIT 2

# DECLARATION OF NON-SERVICE

UNITED STATES DISTRICT COURT - ARIZONA

STATE OF ARIZONA
County of MARICOPA

CASE NO:                2:25-CV-02453-DWL
COURT DATE:
COURT TIME:

PLAINTIFF:
FIRST-CITIZEN BANK & TRUST COMPANY

DEFENDANTS:
JILL HEARD
3738 E GLENROSA AVE
PHOENIX AZ 85018

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court; I received and served the following documents in the manner described below:

DOCUMENT TYPE: **CIVIL SUMMONS; SECOND AMENDED COMPLAINT FOR: 1) BREACH OF PROMISSORY NOTE 2) BREACH OF GUARANTY 3) DECLARATORY JUDGMENT; EXHIBIT A; EXHIBIT B; EXHIBIT C; PRELIMINARY ORDER**

PERSON(S) SERVED: NON SERVICE FOR JILL HEARD (Defendant)

PLACE OF SERVICE: NON-SERVICE

3738 E GLENROSA AVE

PHOENIX AZ 85018

By delivering 0 SET(S) true copies to: NON SERVICE,
UNABLE TO SERVE DOCUMENTS

Notes: 10/19/2025 08:12 AM USUAL PLACE OF ABODE THERE WAS NO ANSWER, NO NOISE, HOUSE SOUNDS EMPTY.  THIS IS A DUPLEX. I DROVE IN THE ALLEY AND THERE WAS NO VEHICLE AT THIS UNIT.
10/20/2025 07:59 AM USUAL PLACE OF ABODE THERE WAS NO ANSWER SO I WENT AROUND TO THE BACK AND FROM THE BACKYARD I COULD SEE THE HOUSE IS EMPTY.

FILE #:                264129
REF #:                2025018234 pd 10/14
DATE OF SERVICE:        10/20/2025
TIME OF SERVICE:        07:59 AM
NEXT STEP:                No Further Action

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 22th day of October, 2025

FEES:        $92.40        Service Fee
             $92.40        Total

**DECLARANT'S SIGNATURE**
**LESLIE SALINAS**
Process server licensed in MARICOPA COUNTY MC5752

SUPERIOR PROCESS SERVICES, INC.
1801 S Jentilly Ln, Suite C4
Tempe, AZ 85251
(480) 429-6886