# EXHIBIT 3

Stefan M. Palys (AZ Bar No. 024752)
spalys@foxrothschild.com
FOX ROTHSCHILD LLP
2020 K Street NW, Suite 500
Washington, D.C. 20006
Telephone: (202) 659-6704
Facsimile: (202) 461-3102

Attorneys for Plaintiff
FIRST-CITIZENS BANK & TRUST COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| First-Citizens Bank & Trust Company, a North Carolina Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> John P. Heard, Jill Heard, and John Heard, CPA, LLC, <br><br> Defendants. | Case No. 2:25-cv-02453-DWL <br><br> **DECLARATION OF STEFAN PALYS IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR AN ORDER AUTHORIZING ALTERNATE SERVICE ON JILL HEARD** <br> **-AND-** <br> **FOR AN EXTENTION OF TIME TO ACCOMPLISH SERVICE** |

I, Stefan Palys, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am an adult and am competent to testify.

2.      I am a partner at Fox Rothschild LLP ("Fox" or the "Firm"), and I represent First-Citizens Bank & Trust Company ("FCB") in this matter.

3.      I have personal knowledge of the matters described herein, except where otherwise noted – such as where my knowledge is based on business records. If called to

179723905.2

testify, I would testify consistently with this declaration.

4.      Where my knowledge is based on business records, those records were made at or near the time of the underlying events, in the regular course of the Firm's representation of FCB, and making the record was a regular part of the Firm's activity in the course of representing FCB.

5.      FCB hired a process server to accomplish service on Jill Heard.

6.      After filing the second amended complaint, and unsuccessfully attempting to serve Jill Heard at her last known residential address, FCB's process server attempted to see if he could locate John Heard at the business address for John Heard, CPA, LLC where the server had twice accomplished personal service upon John Heard. In the time between the unsuccessful attempts at the residence (October 19 and 20, 2025) and the end of October 2025, the server went to the office address on three occasions. Each time, the office was locked.

7.      I personally searched the dockets for the United States District Court for the District of Arizona, the Bankruptcy Court for the District of Arizona, and the Maricopa County Superior Court to try to find information for John Heard, Jill Heard, or counsel representing either or both of them in October 2025 and again on December 2, 2025. I could only located this case, an old bankruptcy case, and a Maricopa County Superior Court case against John Heard that had been dismissed in 2024 for lack of service.

8.      Also on December 2, 2025, I searched the Maricopa County Superior Court family case docket for cases involving John Heard and Jill Heard to see if there was a divorce action. I did not see any such filing.

2

179723905.2

9. On December 2, 2025, I also searched the Maricopa County Recorder's website for real estate transactions involving Jill Heard since 2022 to try to locate a recent address other than 3738 E. Glenrosa Avenue in Phoenix, Arizona. I did not find any such address or a transaction.

10. I declare that the foregoing is true and correct.

Executed on December 3, 2025

/s/ Stefan Palys_____
Stefan Palys

3

179723905.2