UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| First-Citizens Bank & Trust Company, a North Carolina Corporation,<br><br>             Plaintiff,<br><br>vs.<br><br><br>John P. Heard, Jill Heard, and John Heard, CPA, LLC,<br><br>             Defendants. | Case No. 2:25-cv-02453-DWL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR AN ORDER AUTHORIZING ALTERNATE SERVICE ON JILL HEARD**<br>**-AND-**<br>**FOR AN EXTENTION OF TIME TO ACCOMPLISH SERVICE** |

Before the Court is First-Citizens Bank & Trust Company's ("FCB") *Ex Parte Motion for an Order Authorizing Alternate Service on Jill Heard -and – for an Extension of Time to Accomplish Service* (the "Motion"). For the reasons stated in the Motion and good cause appearing, it is hereby ordered

**GRANTING** the Motion and authorizing alternate service. FCB may serve Jill Heard by doing all of the following:

1.  Posting copies of the second amended complaint, the summons, the preliminary order, and this order authorizing alternate service at Jill Heard's last known home address of 3738 E. Glenrosa Avenue in Phoenix, Arizona;

179723968.2

2. Posting copies of the second amended complaint, the summons, the preliminary order, and this order authorizing alternate service at John Heard, CPA, LLC's office location: 4040 E. Camelback Rd., Suite 280, Phoenix, Arizona;

3. Sending copies of the second amended complaint, the summons, the preliminary order, and this order authorizing alternate service to both of the addresses above via first class U.S. mail in two envelopes, one addressed to John Heard and one addressed to Jill Heard; and

4. Emailing copies of the second amended complaint, the summons, the preliminary order, and this order authorizing alternate service to jill.heard.az@gmail.com and jill.heard4@gmail.com.

FCB shall file a notice when it has completed all of the steps above. Service of process shall be deemed complete on the day that notice is filed with this Court.

**IT IS FURTHER ORDERED** granting FCB an extension of time to complete service of process and this Court's Preliminary Order. FCB shall have through February 2, 2026 to accomplish service.

DATED AND SIGNED ABOVE

2

179723968.2